IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN HENRY SEELING, IV**                                                **PETITIONER**

**VS.**                         **CIVIL ACTION NO. 1:09cv761HSO-JMR**

**UNKNOWN ABRAM, Captain**                                    **RESPONDENT**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation [10] of Chief United States Magistrate Judge John M. Roper entered on June 29, 2010, together with John Henry Seeling's Objection [11] filed July 9, 2010.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.   Accordingly,

**IT IS, ORDERED AND ADJUDGED**  that, Respondent's Motion to Dismiss [7] filed January 6, 2010, should be and hereby is **GRANTED,** and Seeling's 28 U.S.C. §2254 Petition is hereby dismissed.

**SO ORDERED AND ADJUDGED**, this the 28th day of September, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE